

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00109-CV

| | | |
|---|---|---|
| CRESTOR GLOBAL INVESTMENTS DELAWARE LLC, Appellant | § | On Appeal from 67th District Court |
| | § | of Tarrant County (067-294048-17) |
| v. | § | October 4, 2018 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF COLONY AMERICAN FINANCE 2015-1 MORTGAGE-BACKED NOTES; CHRISTOPHER CHAUVIN, INDIVIDUALLY; COLONY AMERICAN FINANCE LENDER, LLC; AND COLONY AMERICAN FINANCE 2015-1, LTD, A CAYMAN ISLANDS COMPANY, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel